**Dwain TAYLOR and Dan K. Taylor, Appellants,**

v.

**Howard BRANDON and Ruth Brandon, Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Calloway Circuit Court; C. Warren Eaton, Special Judge.

Nat Ryan Hughes, Hughes & Gregory, Murray, for appellants.

Wells Overbey, Murray, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

**Jack PHILLIPS et al., Appellants,**

v.

**KENTUCKY POWER COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Pike Circuit Court; James B. Stephenson, Judge.

Jean L. Auxier, Lawrence R. Webster, Pikeville, for appellant.

Donald Combs, Stephen, Combs & Page, Pikeville, William S. Connolly, Lively M. Wilson, Stites, McElwain & Fowler, Louisville, for appellees.

Memorandum Opinion by Special Commissioner JACK E. MUDD, Affirming.*

---

**Shelby MANNING, Appellant,**

v.

**Carolyn MEADOWS et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Rowan Circuit Court; John J. Winn, Judge.

Alan B. Peck, White & Peck, Mt. Sterling, for appellant.

George I. Cline, Morehead, for appellee.

Memorandum Opinion of the Court by Special Commissioner, ARTHUR T. ILER, Affirming.*

---

**Donald William JOHNSON, Appellant,**

v.

**Nell E. ELLIS, Executrix of the Estate of James L. Ellis, Deceased, et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 26, 1973.

Appeal from Daviess Circuit Court; Henry M. Griffin, Judge.

Thomas J. Sabetta, Sabetta & McDaniel, Owensboro, for appellant.

Jack A. Connor, Green, Connor & Carroll, Owensboro (for appellee Nell E. Ellis).

William E. Rummage Beard, Rummage, Kamuf & Newton, Owensboro (for appellee Jack Jones).

Robert L. Gwin, Gwin & Iler, Owensboro (for appellees Delbert (Jerry)

---

* Opinion ordered not to be published.